UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

CORIELLE JOHNSON #324642,

          Plaintiff,                   Case No.  2:14-CV-85

v.                                        Hon. Gordon J. Quist

KEN TRIBLEY, et al.,

          Defendants.
_____/

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

The Court has reviewed Magistrate Judge Timothy Greeley's August 17, 2016 Report and Recommendation recommending that the Court grant Defendants Tribley, Chappel, Haataja, Frechen, Casper and Maki's motion for summary judgment and dismiss this case in its entirety.  The Report and Recommendation was duly served on Plaintiff on August 17, 2016.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 17, 2016 (ECF No. 75), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 60) is **GRANTED**, and Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

A separate judgment will issue.

This case is **concluded**.

Dated:  September 22, 2016                _____/s/ Gordon J. Quist_____
                                          GORDON J. QUIST
                                      UNITED STATES DISTRICT JUDGE